Petition for certiorari; from Fayette superior court—Judge Searcy. February 1, 1917.

*Lester C. Dickson,* for plaintiff in error.

*J. W. Culpepper, E. M. Owen,* contra.

---

### 8575.  BURKE *v.* THE STATE.

WADE, C. J.  Under the particular facts in this case and in the light of the entire charge of the court, and considering further that no timely written request was made for any fuller or more specific charge than was given, there is no substantial merit in any of the assignments of error which complain of the admission of testimony, of certain excerpts from the charge of the court, and of the failure by the court to give other instructions.  The evidence authorized the verdict, and the trial judge did not err in overruling the motion for a new trial.

*Judgment affirmed.  George and Luke, JJ., concur.*

DECIDED APRIL 21, 1917.

Accusation of misdemeanor; from city court of Bainbridge— Judge Spooner.  February 27, 1917.

*C. W. Wimberly Jr.,* for plaintiff in error.

*M. E. O'Neal, solicitor,* contra.

---

### 8576.  MORRIS *v.* THE STATE.

GEORGE, J.  This case is controlled by the ruling in the case of *Burke* v. *State,* ante, 749.

*Judgment affirmed.  Wade, C. J., and Luke, J., concur.*

DECIDED APRIL 21, 1917.

Accusation of misdemeanor; from city court of Bainbridge— Judge Spooner.  February 12, 1917.

*C. W. Wimberly Jr.,* for plaintiff in error.

*M. E. O'Neal, solicitor,* contra.

---

### 8577.  DAVIS *v.* THE STATE.

LUKE, J.  The evidence fully authorized the conviction, and no error of law was committed in the trial.

*Judgment affirmed.  Wade, C. J., and George, J., concur.*

DECIDED APRIL 21, 1917.